Ronald WILDER, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 81109.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 25, 2003.

Scott Thompson, Assistant State Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Adriane Dixon Crouse, Assistant Attorney General, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J., and ROBERT E. CRIST, SR. J.

### ORDER

PER CURIAM.

Ronald Wilder ("Movant") appeals the judgment denying his Rule 29.15 motion without an evidentiary hearing. Movant raises two points claiming ineffective assistance of counsel. We have reviewed the briefs of the parties and the record on appeal and find that the judgment is not clearly erroneous. An extended opinion would be of no precedential value. We affirm the judgment for the reasons set forth in the motion court's judgment. Rule 84.16(b).